■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. RUBY LAZARUS, HUGH CARROLL and ROSEMARIE FUCELLA, Appellants.— Two judgments of the County Court, Westchester County, one as to defendant Lazarus and the other as to defendant Fucella, both rendered September 11, 1970, and

order of the same court, dated December 30, 1969, affirmed. No opinion. Appeal by defendant Carroll from another judgment of the above-mentioned court, rendered September 11, 1970, and from the above-mentioned order, dismissed. Defendant Carroll died pending the appeal; therefore the entire criminal prosecution against him abated by reason thereof (*People* v. *Mintz*, 20 N Y 2d 753, 770). Munder, Acting P. J., Martuscello, Latham, Shapiro and Brennan, JJ., concur.